UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                                          Chapter: 7
    James Fitzgerald Bowyer
                 Debtor(s)                      Bankruptcy No: 19–13113–mdc

## *O R D E R*

**AND NOW,** this 14th day of May 2019 , the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

It is hereby ORDERED that:

1. This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

       Documents and Deadline

       Matrix List of Creditors due 5/20/19
       SSN – Form B21/Tax ID due 5/20/19
       Attorney Disclosure Statement due 5/27/19
       Schedules A/B–J due 5/27/19
       Statement of Financial Affairs due 5/27/19
       Summary Assets & Liabilities B106 due 5/27/19
       CH 7 Income Form 122A–1 due 5/27/19
       Means Test Calculation 122A–2, if applicable due 5/27/19

2. Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

                                                                                                By the Court

                                                                        Magdeline D. Coleman
                                           Judge , United States Bankruptcy Court

                                                                                                                          4
                                                                                                            Form 130