## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____
                                                :
In re:                                          :    Chapter 7
                                                :
JAMES FITZGERALD BOWYER,                        :    Case No. 19-13113(MDC)
                                                :
                                *Debtor.*       :
_____:

### ENTRY OF APPEARANCE AND REQUEST
### FOR NOTICES AND SERVICE OF PAPERS

**TO THE CLERK AND PERSONS ON THE ATTACHED SERVICE LIST:**

NOTICE IS HEREBY GIVEN pursuant to 11 U.S.C. § 1109(b) and Bankruptcy Rules 2002 and 9010 that **Ryan N. Boland, Esquire** of the law firm of Offit Kurman, P.A. hereby enters an appearance on behalf of The Kim Law Firm, LLC and Richard Kim, Esquire in the above referenced Bankruptcy proceeding.

NOTICE IS FURTHER GIVEN that your undersigned requests that all notices and pleadings of whatever nature, given or required to be given in this case, including, but not limited to all papers filed and served for any motion, adversary proceeding, all notices mailed to statutory committees or their authorized agents, and to creditors and equity security holders who file with the Court a request that all notices be mailed to them, to and served upon Ryan N. Boland, Esquire at the following address:

**OFFIT KURMAN, P.A.**
**Ryan N. Boland, Esquire**
**Ten Penn Center**
**1801 Market Street, Suite 2300**
**Telephone: (267) 338-1312**
**Facsimile: (267) 338-1335**
**E-mail: rboland@offitkurman.com**

NOTICE IS FURTHER GIVEN that the foregoing request includes not only notices and papers referred to in Bankruptcy Rule 2002, but also includes, without limitation, Orders and Notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether oral or written, and whether transmitted or conveyed by mail, hand delivery, telephone, fax, or otherwise, that affects the above referenced Debtor**.**

Respectfully submitted,

**OFFIT KURMAN, P.A.**

By: */s/Ryan N. Boland*
RYAN N. BOLAND
PA Bar ID No. 202977
Ten Penn Center
1801 Market Street, Suite 2300
Philadelphia, PA 19103
Telephone: (267) 338-1312
Facsimile: (267) 338-1335
E-mail: rboland@offitkurman.com

Dated: May 14, 2019

4823-4327-2087, v. 1