# THE UNITED STATES BANKRUPTCY COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                       :          Case No:  19-13113
                                             :
    James Fitzgerald Bowyer          :
                                             :          Chapter 7
    Debtor                           :
                                             :

## ORDER

AND NOW, this __28th__ day of _____May_____, 2019 upon consideration of

Debtor's Motion for Time to File Documents it is hereby ORDERED and DECREED that said

Request is GRANTED.  Documents required by the Rules of Court shall be filed on or before

_____June 12_____, 2019.


BY THE COURT:


_____
HONORABLE JUDGE MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE