# THE UNITED STATES BANKRUPTCY COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                : Case No: 19-13113
                                                                       :
    James Fitzgerald Bowyer                  :
                                                                       : Chapter 7
    Debtor                                              :
                                                                       :

## ORDER

AND NOW, this _____ day of _____, 2019 upon consideration of Debtor's Second Motion for Time to File Documents it is hereby ORDERED and DECREED that said Request is GRANTED. Documents required by the Rules of Court shall be filed on or before _____, 2019.

                                      BY THE COURT:

                                      _____
                                      THE HONORABLE JUDGE MAGDELINE D. COLEMAN
                                      UNITED STATES BANKRUPTCY JUDGE

# THE UNITED STATES BANKRUPTCY COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No: 19-13113 |
| | : | |
| James Fitzgerald Bowyer | : | |
| | : | Chapter 7 |
| Debtor | : | |
| | : | |

## SECOND MOTION TO EXTEND TIME TO FILE DOCUMENTS

James Fitzgerald Bowyer (the "Debtor") moves for an Order confirming the Second Motion for Extension of Time, and in support of this Motion states:

1. James Fitzgerald Bowyer (the "Debtor"), filed a voluntary petition under Chapter 7 of the Bankruptcy Code on May 13, 2019.

2. The Matrix List of Creditors was filed on May 28, 2019.

3. Attorney Disclosure Statement, Schedules A/B-J, Statement of Financial Affairs, Summary of Assets and Liabilities, Chapter 7 Statement of Your Current Monthly Income, and Means Test Calculation are due June 12, 2019.

4. Debtor is still in the process of preparing the paperwork.

5. Debtor requests a short continuance to finish helping his attorney prepare the required documents.

WHEREFORE, the Debtor requests entry of Order that extends time to file the required documents.

                    Respectfully submitted,

                    Kenny, Burns & McGill.

By: /s/Thomas D. Kenny
Thomas D. Kenny
Attorneys for Debtor
Attorney Identification No.: 77611
1500 John F. Kennedy Boulevard, Suite 520
Philadelphia, PA 19102
(215) 423-5500
filings@kennyburnsmcgill.com

Dated: June 12, 2019

2

# THE UNITED STATES BANKRUPTCY COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No: 19-13113 |
| | : | |
| James Fitzgerald Bowyer | : | |
| | : | Chapter 7 |
| Debtor | : | |
| | : | |

## VERIFICATION

I, Thomas D. Kenny, Esquire, hereby state that I represent the Debtor in this action and have verified that the statements in the foregoing motion are true and correct to the best of my knowledge, information and belief. I understand that the statements made therein are subject to penalties of 18 Pa. C.S. Section 4904, relating to unsown falsification to authorities.

                                                                Kenny, Burns & McGill.

                                  By: /s/Thomas D. Kenny
                                         Thomas D. Kenny
                                         Attorneys for Debtor
                                         Attorney Identification No.: 77611
                                         1500 John F. Kennedy Boulevard, Suite 520
                                         Philadelphia, PA 19102
                                         (215) 423-5500
                                         filings@kennyburnsmcgill.com

Dated: June 12, 2019

**THE UNITED STATES BANKRUPTCY COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Case No: 19-13113 |
| James Fitzgerald Bowyer | Chapter 7 |
| Debtor | |

**CERTIFICATE OF SERVICE**

    I hereby certify that service upon all interested parties, indicated below was made by sending true and correct copies of the Debtor's Motion for Time to File Documents by this Court's electronic filing system on June 12, 2019 as follows:

Lynne E. Feldman, Trustee
Feldman Law Offices PC
221 N. Cedar Crest Blvd.
Allentown, PA 18104

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Ryan N. Boland, Esquire
Offit Kurman, P.A.
Ten Penn Center
1801 Market Street, Suite 2300
Philadelphia, PA 19103

    Kenny, Burns & McGill.

By: /s/Thomas D. Kenny
     Thomas D. Kenny
     Attorneys for Debtor
     Attorney Identification No.: 77611
     1500 John F. Kennedy Boulevard, Suite 520
     Philadelphia, PA 19102
     (215) 423-5500
     filings@kennyburnsmcgill.com