**THE UNITED STATES BANKRUPTCY COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Case No:  19-13113 |
| | : | |
| James Fitzgerald Bowyer | : | |
| | : | Chapter 7 |
| Debtor | : | |
| | : | |

ORDER

AND NOW, this __14th__ day of _____June_____, 2019 upon consideration of

Debtor's Second Motion for Time to File Documents it is hereby ORDERED and DECREED

that said Request is GRANTED.  Documents required by the Rules of Court shall be filed on or

before _____June 24_____, 2019.

BY THE COURT:

_____
HONORABLE JUDGE MAGDELINE D. COLEMAN
CHIEF UNITED STATES BANKRUPTCY JUDGE