IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   JAMES FITZGERALD BOWYER   :
                                   :
                                   :   Case No. 19-13113-MDC
         Debtor                    :   CHAPTER 7

**PRAECIPE TO WITHDRAW**

TO THE CLERK:

   Kindly withdraw Trustee's docket entry of "Meeting of Creditors Held and Concluded" that was filed in error on September 12, 2019.

DATE: *September 12, 2019*          BY:   */s/ Lynn E. Feldman, Esquire*
                                          Lynn E. Feldman, Esquire
                                          Chapter 7 Trustee
                                          PA I.D. No. 35996
                                          221 N. Cedar Crest Blvd.
                                          Allentown, PA 18104
                                          (610) 530-9285