**Fill in this information to identify your case:**

Debtor 1: James Fitzgerald Bowyer
         First Name   Middle Name   Last Name

Debtor 2: _____
(Spouse, if filing)  First Name   Middle Name   Last Name

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number: 19-13113
(If known)

☑ Check if this is an amended filing

## Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims       12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1: List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☑ No. Go to Part 2.
   ☐ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.
   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|     |                          | Total claim | Priority amount | Nonpriority amount |
|-----|--------------------------|-------------|-----------------|--------------------|

**2.1**
Priority Creditor's Name: _____
Number  Street: _____
City  State  ZIP Code: _____

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___     $_____   $_____   $_____
When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of PRIORITY unsecured claim:
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**2.2**
Priority Creditor's Name: _____
Number  Street: _____
City  State  ZIP Code: _____

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___     $_____   $_____   $_____
When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of PRIORITY unsecured claim:
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Debtor 1  James Fitzgerald Bowyer                              Case number *(if known)* 19-13113
          First Name   Middle Name   Last Name

| Part 1: | Your PRIORITY Unsecured Claims — Continuation Page |

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.    Total claim    Priority amount    Nonpriority amount

☐
_____    Last 4 digits of account number ___ ___ ___ ___    $_____   $_____   $_____
Priority Creditor's Name
                                  When was the debt incurred?  _____
_____
Number   Street                   As of the date you file, the claim is: Check all that apply.
_____
                                  ☐ Contingent
_____    ☐ Unliquidated
City              State   ZIP Code ☐ Disputed

**Who incurred the debt?** Check one.
                                  **Type of PRIORITY unsecured claim:**
☐ Debtor 1 only
☐ Debtor 2 only                   ☐ Domestic support obligations
☐ Debtor 1 and Debtor 2 only      ☐ Taxes and certain other debts you owe the government
☐ At least one of the debtors and another    ☐ Claims for death or personal injury while you were intoxicated
☐ Check if this claim is for a community debt    ☐ Other. Specify _____

**Is the claim subject to offset?**
☐ No
☐ Yes

☐
_____    Last 4 digits of account number ___ ___ ___ ___    $_____   $_____   $_____
Priority Creditor's Name
                                  When was the debt incurred?  _____
_____
Number   Street                   As of the date you file, the claim is: Check all that apply.
_____
                                  ☐ Contingent
_____    ☐ Unliquidated
City              State   ZIP Code ☐ Disputed

**Who incurred the debt?** Check one.
                                  **Type of PRIORITY unsecured claim:**
☐ Debtor 1 only
☐ Debtor 2 only                   ☐ Domestic support obligations
☐ Debtor 1 and Debtor 2 only      ☐ Taxes and certain other debts you owe the government
☐ At least one of the debtors and another    ☐ Claims for death or personal injury while you were intoxicated
☐ Check if this claim is for a community debt    ☐ Other. Specify _____

**Is the claim subject to offset?**
☐ No
☐ Yes

☐
_____    Last 4 digits of account number ___ ___ ___ ___    $_____   $_____   $_____
Priority Creditor's Name
                                  When was the debt incurred?  _____
_____
Number   Street                   As of the date you file, the claim is: Check all that apply.
_____
                                  ☐ Contingent
_____    ☐ Unliquidated
City              State   ZIP Code ☐ Disputed

**Who incurred the debt?** Check one.
                                  **Type of PRIORITY unsecured claim:**
☐ Debtor 1 only
☐ Debtor 2 only                   ☐ Domestic support obligations
☐ Debtor 1 and Debtor 2 only      ☐ Taxes and certain other debts you owe the government
☐ At least one of the debtors and another    ☐ Claims for death or personal injury while you were intoxicated
☐ Check if this claim is for a community debt    ☐ Other. Specify _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Official Form 106E/F                Schedule E/F: Creditors Who Have Unsecured Claims                page 2 of 6

Debtor 1  James Fitzgerald Bowyer
_____First Name____Middle Name____Last Name_____

Case number (if known) 19-13113

## Part 2:  List All of Your NONPRIORITY Unsecured Claims

**3. Do any creditors have nonpriority unsecured claims against you?**
☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
☑ Yes

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

**4.1** Capital One Bank
Nonpriority Creditor's Name
P.O. Box 30281
Number  Street
Salt Lake City   UT   84130
City    State   ZIP Code

Last 4 digits of account number  6 2 1 5
When was the debt incurred?  09/04/2017

$ 1,671.00

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Credit Card Debt

**4.2** Capital One Bank USA NA
Nonpriority Creditor's Name
P.O. Box 30281
Number  Street
Salt Lake City   UT   84130
City    State   ZIP Code

Last 4 digits of account number  5 8 2 5
When was the debt incurred?  _____

$ 1,310.00

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Credit Card Debt

**4.3** Richard Kim Esq.
Nonpriority Creditor's Name
1500 Market Street W
Number  Street
Philadelphia   PA   19102
City    State   ZIP Code

Last 4 digits of account number  __ __ __ __
When was the debt incurred?  _____

$ _____

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☐ Yes

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Civil Case  Phila. 180503106

**Part 2:** Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.    Total claim

**4.4**

Nonpriority Creditor's Name: Kim Law Firm LLC
Number Street: 1500 Market Street W
City: Philadelphia   State: PA   ZIP Code: 19103

Last 4 digits of account number ___ ___ ___ ___    $_____

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify Civil Case Phila. 180503106

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Nonpriority Creditor's Name: _____
Number Street: _____
City: _____ State: ____ ZIP Code: _____

Last 4 digits of account number ___ ___ ___ ___    $_____

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**4.**

Nonpriority Creditor's Name: _____
Number Street: _____
City: _____ State: ____ ZIP Code: _____

Last 4 digits of account number ___ ___ ___ ___    $_____

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**Is the claim subject to offset?**
☐ No
☐ Yes

| Part 3: | List Others to Be Notified About a Debt That You Already Listed |

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

---

**Name:** Ryan N. Boland, Esq.
**Number Street:** Offit Kurman, P.A.
1801 Market Street, Suite 2300
**City:** Philadelphia  **State:** PA  **ZIP Code:** 19103

**On which entry in Part 1 or Part 2 did you list the original creditor?**
Line **4.3** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

**Name:** Ryan N. Boland, Esq.
**Number Street:** Offit Kurman, P.A.
1801 Market Street, Suite 2300
**City:** Philadelphia  **State:** PA  **ZIP Code:** 19103

**On which entry in Part 1 or Part 2 did you list the original creditor?**
Line **4.4** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

(Remaining entries blank)

### Part 4: Add the Amounts for Each Type of Unsecured Claim

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159. Add the amounts for each type of unsecured claim.

|  |  | Total claim |
|---|---|---|
| **Total claims from Part 1** | 6a. **Domestic support obligations** | 6a. $ 0.00 |
|  | 6b. **Taxes and certain other debts you owe the government** | 6b. $ 0.00 |
|  | 6c. **Claims for death or personal injury while you were intoxicated** | 6c. $ 0.00 |
|  | 6d. **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + $ 0.00 |
|  | 6e. **Total.** Add lines 6a through 6d. | 6e. $ 0.00 |

|  |  | Total claim |
|---|---|---|
| **Total claims from Part 2** | 6f. **Student loans** | 6f. $ 0.00 |
|  | 6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. $ 0.00 |
|  | 6h. **Debts to pension or profit-sharing plans, and other similar debts** | 6h. $ 0.00 |
|  | 6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + $ 2,981.00 |
|  | 6j. **Total.** Add lines 6f through 6i. | 6j. $ 2,981.00 |