IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| JAMES FITZGERALD BOWYER | : | CHAPTER 7 |
| DEBTOR | : | CASE NO. 19-13113-MDC |

**STIPULATION TO EXTEND TIME TO FILE TRUSTEE'S COMPLAINT OBJECTING TO DISCHARGE**

NOW, this 7th day of October, 2019, it is hereby agreed and stipulated to between the Trustee, Lynn E. Feldman, Esquire, and Attorney for Debtor, Thomas D. Kenny, Esquire, as follows:

1. The current deadline for Trustee or any parties in interest to file a Complaint Objecting to Discharge is October 13, 2019.

2. The parties hereby agree, that the Trustee, and any parties in interest including the U.S. Trustee shall have until December 13, 2019 to file a Complaint Objecting to Discharge and/or file a Motion to Dismiss pursuant to 11 U.S.C. Section 707(b). Debtor's attorney certifies that he has specific authority from the Debtor to enter into this Stipulation.

_____
Lynn E. Feldman, Esquire
Chapter 7 Trustee

_____
Thomas D. Kenny, Esq.
Attorney for Debtor

**ORDER**

NOW, this _____ day _____, 2019, **IT IS HEREBY ORDERED** that the above Stipulation be approved and made an Order of this Court. With full force and effect thereof.

_____
Magdeline D. Coleman
United States Bankruptcy Judge