**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | JAMES FITZGERALD BOWYER | : | |
| | | : | |
| | | : | |
| | | : | |
| | | : | Chapter 7 |
| | Debtor | : | Case No. 19-13113-MDC |

## NOTICE OF CHANGE FROM NO ASSET TO ASSET AND REQUEST TO THE CLERK TO FIX BAR DATE TO FILE CLAIMS AGAINST THE ESTATE

**LYNN E. FELDMAN, ESQUIRE**, the Trustee in the above-captioned matter, after due inquiry, having discovered assets hereby gives Notice that this is an Asset case. The Trustee also requests the Clerk to fix a bar to file claims against the estate.

Dated: _October 9, 2019_        BY:    _/s/ Lynn E. Feldman_
                                                            LYNN E. FELDMAN, ESQUIRE
                                                            Chapter 7 Trustee
                                                            I.D.# 35996
                                                            FELDMAN LAW OFFICES, P.C.
                                                            221 N. Cedar Crest Boulevard
                                                            Allentown, PA 18104
                                                            Telephone: (610) 530-9285
                                                            Facsimile: (610) 437-7011
                                                            trustee.feldman@rcn.com