IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    :
                                          :
JAMES FITZGERALD BOWYER                   :    CHAPTER 7
                                          :
                                          :
DEBTOR                                    :    CASE NO. 19-13113-MDC

## STIPULATION TO EXTEND TIME TO FILE TRUSTEE'S COMPLAINT OBJECTING TO DISCHARGE

NOW, this 7th day of October, 2019, it is hereby agreed and stipulated to between the Trustee, Lynn E. Feldman, Esquire, and Attorney for Debtor, Thomas D. Kenny, Esquire, as follows:

1. The current deadline for Trustee or any parties in interest to file a Complaint Objecting to Discharge is October 13, 2019.

2. The parties hereby agree, that the Trustee, and any parties in interest including the U.S. Trustee shall have until December 13, 2019 to file a Complaint Objecting to Discharge and/or file a Motion to Dismiss pursuant to 11 U.S.C. Section 707(b). Debtor's attorney certifies that he has specific authority from the Debtor to enter into this Stipulation.

_____          _____
Lynn E. Feldman, Esquire                 Thomas D. Kenny, Esq.
Chapter 7 Trustee                        Attorney for Debtor

### ORDER

NOW, this 9th day October, 2019, IT IS HEREBY ORDERED that the above Stipulation be approved and made an Order of this Court. With full force and effect thereof.

_____
Magdeline D. Coleman
Chief United States Bankruptcy Judge