**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:    JAMES FITZGERALD BOWYER    :
                                                                                                                   :
                                                                                                                    : Chapter 7
                            Debtor                 : Case No. 19-13113-MDC

**NOTICE OF CHANGE FROM ASSET TO NO-ASSET CASE**

     LYNN E. FELDMAN, ESQUIRE, the Trustee in the above-captioned matter, after due inquiry, having discovered that there are no assets to administer hereby gives Notice that this is a No Asset case. The Trustee has concluded that there are no assets to administer on behalf of creditors.

Dated: _10/17/19_                       BY:   */s/ Lynn E. Feldman*
                                                                          LYNN E. FELDMAN, ESQUIRE
                                                                          Chapter 7 Trustee
                                                                          I.D.# 35996
                                                                          FELDMAN LAW OFFICES, P.C.
                                                                          221 N. Cedar Crest Boulevard
                                                                          Allentown, PA 18104
                                                                          Telephone: (610) 530-9285
                                                                          Facsimile: (610) 437-7011
                                                                          trustee.feldman@rcn.com